UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:20-CR-00184-1-D
Civil No. 7:24-CV-00541-D


Corey Wellman,                          )
                                        )
                Petitioner,             )
                                        )
        v.                              )              ORDER
                                        )
United States of America,               )
                                        )
                Respondent.             )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This 24 day of April, 2026.


_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE